UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────────────

UNITED STATES OF AMERICA

      - against -             26-mag-1017(JGK)

BRIAN PERALTA CABRERA,          ORDER

             Defendant.
────────────────────────────────────

JOHN G. KOELTL, District Judge:

    The stay of the release of the defendant is continued until the conclusion of this Court's hearing of the appeal of the Magistrate Judge's bail decision.  The Court will hear the appeal at 3:00 p.m. today in Courtroom 14A, 500 Pearl Street, New York, NY.


SO ORDERED.

Dated:   New York, New York
         March 26, 2026


                  /s/ John G. Koeltl
                    John G. Koeltl
           United States District Judge