UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

         -against-

BRIAN PERALTA CABRERA,
                           Defendant.
-----------------------------------------------------------X

26 mj 1017 (JGK)

The Court, for the reasons stated on the record, today, affirmed the bail order of Magistrate

Judge Jennifer E. Willis of March 25, 2026. This Court announced the following specifics of the

defendant's bail:

One. A $75,000 personal recognizance bond secured by three financially responsible

people: the defendant's mother, sister, namely Ashley Peralta Cabrera, and the mother's partner.

Two. Travel restricted to the southern and Eastern Districts of New York.

Three. Surrender of all passports and make no new applications.

Four. Report to pretrial services as directed.

Five. Home incarceration with no permission to work or to go to school. And the parties

agree that the home incarceration is to be monitored by location monitoring at the direction of

pretrial services.

Six. The defendant is to submit to an initial drug test and, if positive, additional drug

testing and treatment as directed by pretrial services.

Seven. The defendant's sister, Ashley Peralta Cabrera is to act as a third-party custodian.

The defendant is to be released after each of the third-party signatories sign the bond. *Eighth, the Magistrate Judge also added, an (the Court affirms, that the defendant is not to possess a narcotic drug or controlled substance,*

**SO ORDERED.** *Unless doctor-prescribed*

_____
                               **JOHN G. KOELTL**
                     **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
      March 26, 2026.